Fill in this information to identify your case:

United States Bankruptcy Court for the:

DELAWARE

Case number *(if known)* _____  Chapter  7

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Project Cricket Acquisition, Inc. |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-5194274 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | C/O Corporation Service Company  2711 Centerville Road, Suite 400  Wilmington, DE 19808 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Project Cricket Acquisition, Inc.                                    Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☑ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☑ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ |  | Relationship _____ |
    | District _____ | When _____ | Case number, if known _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor  **Project Cricket Acquisition, Inc.**                                   Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Project Cricket Acquisition, Inc.                                    Case number (*If known*)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/19/2016
              MM / DD / YYYY

X  /s/ Scott Van Duinen                                Scott Van Duinen
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X  /s/ Mark E. Felger                                  Date  10/19/2016
   Signature of attorney for debtor                          MM / DD / YYYY

Mark E. Felger
Printed name

Cozen O'Connor
Firm name

1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-295-2000    Email address   mfelger@cozen.com

3919 - Delaware
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name   Project Cricket Acquisition, Inc. |
| United States Bankruptcy Court for the:   DELAWARE |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/19/2016        X  /s/ Scott Van Duinen
                                   Signature of individual signing on behalf of debtor

Scott Van Duinen
Printed name

President
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Delaware

In re  Project Cricket Acquisition, Inc.
                                    Debtor(s)

Case No. _____
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $     15,425.00
   Prior to the filing of this statement I have received                    $     15,425.00
   Balance Due                                                              $          0.00

2. $ 15,425.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   Halifax Capital Partners III, L.P. (equity holder)

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):   N/A

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  10/19/16

Mark E. Felger
*Signature of Attorney*
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
302-295-2000   Fax: 302-295-2013
*Name of law firm*

**UNANIMOUS WRITTEN CONSENT IN LIEU OF MEETING
OF THE
BOARD OF DIRECTORS
OF
PROJECT CRICKET ACQUISITION CORP.**

October 17, 2016

Pursuant to the General Corporation Law of the State of Delaware (the "Act"), Section 141(f) and the bylaws of the Corporation, the undersigned, being all of the members of the Board of Directors (the "Board") of Project Cricket Acquisition Corp., a Delaware corporation (the "Corporation"), do hereby approve and adopt the following resolutions by written consent (this "Written Consent") in lieu of a formal meeting, and do hereby waive any notice required to be given in connection herewith:

**WHEREAS**, in light of the Corporation's current financial condition, the Directors have investigated, discussed and considered all options for addressing the Corporation's financial challenges and, after consultation with the Corporation's advisors, have concluded that it is in the best interests of the Corporation, its creditors, stockholders and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties that a petition be filed by the Corporation seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that any officer of the Corporation is hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said officer executing the same shall determine appropriate, and the execution and delivery thereof by such officer shall be conclusive evidence of such officer's determination and the Board's approval thereof; and it is further

**RESOLVED**, that any officer of the Corporation is hereby authorized, empowered and directed to execute and file all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, in such form as such officer shall determine appropriate, such execution, delivery, verification and/or filing to be conclusive evidence of such officer's determination and the Board's approval thereof and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants, brokers, consultants and other professionals to take any and all action which they deem necessary or proper in connection with the Chapter 7 filing; and it is further

1

**RESOLVED**, that the law firm of Cozen O'Connor is hereby employed as attorneys for the Corporation in the Chapter 7 case; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Directors of the Company and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

**RESOLVED**, that the officers of the Corporation are, and each of them hereby is, authorized and directed, for and on behalf of the Corporation, to execute and to deliver all such other documents, instruments, and certificates, and to take all such further actions as may, in their opinion, be necessary, appropriate, or desirable to effect the intent and purpose of the foregoing resolutions; and it is further

**RESOLVED**, that any actions taken by the officers of the Corporation on or prior to the date of the foregoing resolutions that are within the authority conferred hereby are hereby ratified, confirmed and approved as the act and deed of this Corporation; and it is further

**RESOLVED**, that the Board hereby confirms that these resolutions supersede any prior resolutions of the Board, if any, that are inconsistent with these resolutions solely to the extent of any inconsistency; and it is further

**RESOLVED**, that the execution of this Written Consent and delivery thereof by facsimile or .pdf signatures shall be sufficient for all purposes and shall be binding upon any party who so executes; and

**RESOLVED**, this Written Consent may be executed in two or more counterparts, each of which shall be an original and all of which together shall constitute one and the same Written Consent.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Corporation, have executed and delivered this Written Consent as of the date first written above.

BOARD OF DIRECTORS:

_____
Scott R. Van Duinen

_____
David W. Dupree

# United States Bankruptcy Court
## Delaware

In re   Project Cricket Acquisition, Inc.                                              Case No.
                                                  Debtor(s)                            Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Project Cricket Acquisition, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_10/19/16_
Date

Mark E. Felger
Signature of Attorney or Litigant
Counsel for   Project Cricket Acquisition, Inc.
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
302-295-2000 Fax:302-295-2013

## United States Bankruptcy Court
### Delaware

In re   Project Cricket Acquisition, Inc.

Debtor(s)

Case No.

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10/19/2016

Scott Van Duinen/President
Signer/Title

PROJECT CRICKET ACQUISITION, INC.
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808


MARK E. FELGER
COZEN O'CONNOR
1201 N. MARKET STREET
SUITE 1001
WILMINGTON, DE 19801

CRICKET STOCKHOLDER REP, LLC
C/O MINTZ & GOLD LLP
600 THIRD AVE., 25TH FLOOR
NEW YORK, NY 10016


PNC BANK, NATIONAL ASSOCIATION
COMMERCIAL LOAN SERVICE CENTER/D CC
500 FIRST AVENUE
PITTSBURGH, PA 15219


PROSPECT CAPITAL CORPORATION
10 EAST 40TH STREET
44TH FLOOR
NEW YORK, NY 10016